UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

          Plaintiff,

      v.                              Case No. CR 07-60059-1-AA

DON LACHONE THOMAS,

          Defendant.

## ORDER REVOKING SUPERVISED RELEASE

On July 22, 1996, the defendant appeared before the Central District of California, for sentencing following his plea of guilty to Possession of Stolen Mail. He was sentenced to eighteen (18) months custody followed by a three (3) year term of supervised release, upon the standard and special conditions. The term of supervised release commenced on May 27, 2004.

On April 5, 2005, the Central District of California issued a petition for warrant and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release. On April 27, 2007, this court accepted the transfer of jurisdiction.

On July 13, 2007, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted on April 26, 2007, that he had violated the conditions of supervised release by committing new law violations.

ORDER REVOKING SUPERVISED RELEASE - PAGE 1

THE COURT FINDS that the defendant has violated conditions of his supervised release as set forth above, said violation constitutes a Grade A violation pursuant to Guideline § 7B1.1(a)(2). A Grade A violation coupled with the defendant's Criminal History Category of VI, produces a suggested imprisonment range of 33 to 41 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is no longer amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of twenty-four (24) months, the statutory maximum sentence. This sentence will run concurrent with the sentence imposed in Case No. CR 05-60010-1-AA.

Dated this 13 day of July, 2007.

**ANN AIKEN**
**United States District Judge**

cc:   Probation Office
      Counsel of Record

ORDER REVOKING SUPERVISED RELEASE - PAGE 2